IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

**WILLIAM RYANN MARTIN, #08480-078** §

**VS.** § **CIVIL ACTION NO. 5:12cv85**

**MIKE ROSTOLLAN** §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Second Report and Recommendation concluding that the lawsuit should be dismissed. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Second Report and Recommendation (docket entry #10) is **ADOPTED**. It is further

**ORDERED** that the Plaintiff's motion to voluntarily dismiss the lawsuit (docket entry #9) is **GRANTED** and the complaint is **DISMISSED** without prejudice. Fed. R. Civ. P. 41(a)(1). All motions not previously ruled on are hereby **DENIED**.

**It is SO ORDERED**.

**SIGNED this 23rd day of October, 2012.**

_/s/ Michael Schneider_
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE